UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Fernando Armendariz, et al.</u>

    v.                                Case No. 22-cv-536-JL

<u>Sig Sauer, Inc.</u>

<u>ORDER</u>

On March 13, 2023, an Amended Complaint was filed by leave of court. Therefore, in accordance with LR 15.1(c), the pending Motions to Dismiss for Failure to State a Claim (doc. nos. 5 and 6) are denied without prejudice. The defendant shall respond to the Amended Complaint as may be appropriate under Fed. R. Civ. P. 12, within the time allowed under Fed. R. Civ. P. 15(a).

SO ORDERED.

By the Court,

_____
Joseph N. Laplante
United States District Judge

Date: March 14, 2023

Cc: Counsel of Record