**EXHIBIT A**

## VERIFIED DECLARATION OF KARA S. GRAHAM

Pursuant to Superior Court Rule 19(b), I, Kara S. Graham, submit this Verified Application to appear as counsel *pro hac vice* in this action on behalf of Defendant, Sig Sauer, Inc.

1. I am a an attorney of the law firm of Littleton Joyce Ughetta & Kelly LLP having a primary office at Merritt Island, FL 32953.

2. Sig Sauer, Inc. is located at 72 Pease Boulevard, Newington, NH 03801, phone: (603) 610-3000.

3. I was admitted to practice law in the State of Florida DOR September 21, 2017; USDC Middle District of Florida, DOR August 13, 2020; and USDC Northern District of Florida, DOR July 22, 2025.

4. I have never been denied admission pro hac vice in New Hampshire, nor had admission pro hac vice revoked, or been formally disciplined or sanctioned by any court in New Hampshire.

5. No formal, written disciplinary proceeding has ever been brought against me by any disciplinary authority in any other jurisdiction within the last five years.

6. I have never been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobedience to its rules or orders.

7. I declare under the pains and penalties of perjury that the foregoing is true and accurate to the best of my knowledge.

                                                Respectfully submitted,

August __, 2025

                                                Kara S. Graham, Esquire
                                                Littleton Joyce Ughetta & Kelly LLP
                                                2460 N Courtenay Pkwy, Suite 204
                                                Merritt Island, Florida 32953
                                                Telephone number of (321) 574-0280