IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**FERNANDO ARMENDARIZ**

*Plaintiffs,*

v.

**SIG SAUER, INC.**

*Defendant.*

Civil Action No.: 1:22-cv-00536-JL-AJ

**ATTACHMENT TO**
**JOINT STIPULATED MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to LR 7.2(a), the Defendant Sig Sauer, Inc. ("Defendant") and all the Plaintiffs

in this consolidated action ("Plaintiffs") (collectively, the "Parties") file their Joint Stipulated

Motion to Extend Deadlines accompanied by this Civil Form 3.

| Deadline | Current | Proposed |
|---|---|---|
| Fact Discovery | October 27, 2025 | February 24, 2026 |
| Plaintiffs' Expert Disclosures | December 29, 2025 | April 28, 2026 |
| Defendant Expert Disclosures | March 30, 2026 | July 28, 2026 |
| Expert Discovery Deadline | May 29, 2026 | September 26, 2026 |
| Summary Judgment Deadline | August 27, 2026 | December 18, 2026 |
| Expert Challenges | August 27, 2026 | December 18, 2026 |
| Renewed Motion to Sever and Transfer | November 11, 2026 | January 29, 2027 |

1

Respectfully submitted,
Fernando Armendariz, et al.,

Date:  September 16, 2025          By:    */s/ Robert W. Zimmerman*
                                         ROBERT W. ZIMMERMAN, PA Bar #208410
                                         RYAN D. HURD, PA Bar #205955
                                         SAMUEL A. HAAZ, PA Bar #314507
                                         One Liberty Place, 52nd Floor
                                         1650 Market Street
                                         Philadelphia, PA 19103
                                         (215) 496-8282
                                         rzimmerman@smbb.com
                                         rhurd@smbb.com
                                         shaa@smbb.com

                                  and

                                  **DOUGLAS, LEONARD & GARVEY, P.C.**

                                  By:    */s/ Benjamin T King*
                                         BENJAMIN T. KING, NH Bar #12888
                                         14 South Street, Suite 5
                                         Concord, NH 03301
                                         (603) 224-1988
                                         benjamin@nhlawoffice.com

                                  and

                                  Respectfully submitted,
                                  Sig Sauer, Inc.

                                  By Its Attorneys,
                                  **SULLOWAY & HOLLIS, PLLC**

Date: September 16, 2025          By:  */s/ David W. Johnston*
                                       David W. Johnston, Esquire
                                       N.H.  Bar No. 9334
                                       Kevin M. O'Shea, Esquire
                                       N.H. Bar No. 15812
                                       9 Capitol Street
                                       Concord, NH 03301
                                       (603) 223-2843
                                       djohnston@sulloway.com
                                       koshea@sulloway.com

2

and

Sig Sauer, Inc.
By Its Attorneys,
**LITTLETON JOYCE UGHETTA & KELLY
LLP**

Date: September 16, 2025        By:  /s/ *Brian Keith Gibson*
                               Brian Keith Gibson, Esq.,
                               Admitted *pro hac vice*
                               The Centre at Purchase
                               4 Manhattanville Road, Suite 202
                               Purchase, NY 10577
                               keith.gibson@littletonjoyce.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this day.

Date: September 16, 2025        By:     /s/ *David W. Johnston*
                                       David W. Johnston

3