**Civil Form 3, Extending Deadlines Set In Discovery Plan**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**FERNANDO ARMENDARIZ**

*Plaintiffs,*
               *v.*

**SIG SAUER, INC.**

*Defendant.*

Civil Action No.: 1:22-cv-00536-JL-AJ

<u>**ATTACHMENT TO JOINT MOTION TO AMEND THE COURT'S 02/05/2026
SCHEDULING ORDER AND CONTINUE TRIAL**</u>

*[List the scheduling designations that are applicable to your case. This draft is <u>merely</u> an exemplar and includes deadlines listed in Civil Form 2, Discovery Plan.]*

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery | 05/25/2026 | 09/22/2026 |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Plaintiff) | 07/24/2026 | 11/24/2026 |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Defendant) | 10/26/2026 | 02/23/2027 |
| Expert Discovery | 12/18/2026 | 04/20/2027 |
| Summary Judgment | 03/18/2027 | 07/16/2027 |
| Expert Challenges | 03/18/2027 | 07/16/2017 |
| Renewed Motions to Sever/Transfer | 04/29/2027 | 08/27/2027 |
| Trial | 09/08/2027 | 01/04/2028 |