IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **FERNANDO ARMENDARIZ, et al**<br>*Plaintiffs,*<br>*v.*<br>**SIG SAUER, INC.**<br>*Defendant.* | Civil Action No.: 1:22-cv-00536-JL-AJ |

**JOINT STIPULATED MOTION TO AMEND THE SCHEDULING ORDER**

Defendant Sig Sauer, Inc. ("Defendant") and all the Plaintiffs in this consolidated action ("Plaintiffs") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby submit the following Joint Stipulated Motion to Extend Deadlines.

**PROCEDURAL HISTORY**

1. The 77 plaintiffs in this consolidated lawsuit (including loss of consortium plaintiffs) have instituted claims including negligence and strict liability related to injuries allegedly sustained from the use of their Sig Sauer P320.

2. The first Complaint was filed on November 30, 2022, and the most recent Complaint was filed on June 27, 2024. [ECF Doc. 1] [ECF Doc. 72]

3. After filing a motion to dismiss, Defendant's initial Answer was filed on August 11, 2023. [ECF Doc. 43]

4. Defendant's most recent Answer was filed on July 18, 2024. [ECF Doc. 82]

5. On November 22, 2023, the Court entered a Scheduling Order that set a Fact Discovery Deadline of April 30, 2025, as well as various other deadlines. [ECF Doc. 49]

6. Written discovery for all of the plaintiffs proceeded throughout 2024. Defendant also responded to the Plaintiffs' written discovery demands during that time.

7. On September 27, 2024, the Parties filed a Joint Agreement on the Initial Selection Process for Bellwether Plaintiffs, which the Court endorsed on October 1, 2024. [ECF Doc. 86].

8. On December 9, 2024, the Court entered its Order selecting 11 bellwether plaintiffs. [ECF Doc. 87]

9. On September 16, 2025, the Parties filed a second Joint Assented to Motion to Amend Order on Discovery Plan and Scheduling Order, which the Court endorsed on September 18, 2025. [ECF Doc. 97].

10. On January 26, 2026, the Parties filed a third Joint Assented to Motion to Amend Order on Discovery Plan and Scheduling Order, which the Court endorsed on February 5, 2026. [ECF Doc. 103].

11. On May 4, 2026, the Parties filed a fourth Joint Assented to Motion to Amend Order on Discovery Plan and Scheduling Order, which the Court endorsed on May 4, 2026. [ECF Doc. 112].

12. Based on the current Scheduling Order, fact discovery is currently set to close on September 22, 2026.

13. Since the selection of the bellwether plaintiffs, the parties have sought and obtained information about the subject incidents and the damages claimed by Plaintiffs, including medical records, via subpoenas, for the bellwether plaintiffs.

14. The parties have completed depositions of all but one Plaintiff – Robert Parks, whose deposition was started but had to be continued--, along with the vast majority of relevant

fact witnesses, including responding police officers, emergency medical technicians and damages witnesses. The witnesses whose depositions remain to be scheduled and conducted are the ICE witnesses as discussed below.

15. The Parties are working to obtain the depositions of approximately 7 witnesses who are members of ICE and ICE has refused to offer testimony of.

16. The Parties also have outstanding Touhy requests to ICE and are working to obtain relevant discovery from that organization over ICE objections.

17. Additionally, as discussed at the recent status conference on September 14, 2026, the Parties are working to schedule the examinations of the pistols at issue in each of the bellwether Plaintiffs' incidents, some of which require coordination with law enforcement agencies who own and have possession of the firearms.

18. Based on the amount of fact discovery that remains outstanding, the parties require an extension of these deadlines.

19. The parties jointly request the remaining deadlines from the May 4, 2026, Scheduling Order be extended 60 days, with new scheduling deadlines as follows:

- Fact Discovery deadline: **November 23, 2026**
- Plaintiffs' Expert Disclosures: **January 25, 2027**
- Defendant's Expert Disclosures: **April 26, 2027**
- Expert Discovery Deadline: **June 21, 2027**
- Summary Judgment Deadline: **September 14, 2027**
- Expert Challenges: **September 14, 2027**
- Renewed Motions to Sever/Transfer: **October 26, 2027**

20. Due to the discretionary nature of the relief requested no accompanying memorandum of law is necessary.

21. The parties expect this will be the last requested extension of the fact discovery deadline.

22. None of the parties will be unduly prejudiced by the granting of this motion.

23. Granting the relief request in this motion will require a continuance of the current trial date set by the Court from the two-week period commencing January 4, 2028, to the two-week period commencing March 6, 2028. See May 4, 2026 ECF Notice.

24. The undersigned counsel hereby certifies that the plaintiffs and the defendant have been notified of the Joint Motion to Amend the Scheduling Order and Continue Trial as required in LR 7.2(c).

## CONCLUSION

Based upon the foregoing facts, reasons, and for any other grounds this Court deems just, the Parties respectfully propose extensions of the above deadlines.

Date: September 17, 2026

**SALTZ MONGELUZZI & BENDESKY P.C.**
By: */s/ Ryan Hurd*_____________
Ryan Hurd (*admitted pro hac vice*)
Robert Zimmerman, (*admitted pro hac vice)*
Samuel A. Haaz (*admitted pro hac vice)*
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 496-8282
rhurd@smbb.com

**LITTLETON JOYCE UGHETTA & KELLY LLP**
By: */s/ Brian Keith Gibson*___________
Brian Keith Gibson (*admitted pro hac vice*)
4 Manhattanville Road, Suite 202
Purchase, NY 10577
Tel: (914) 417-3400
keith.gibson@littletonjoyce.com