**Civil Form 3, Extending Deadlines Set In Discovery Plan**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**FERNANDO ARMENDARIZ, et al**

*Plaintiffs,*
*v.*

**SIG SAUER, INC.**

*Defendant.*

Civil Action No.: 1:22-cv-00536-JL-AJ

**ATTACHMENT TO JOINT MOTION TO AMEND THE COURT'S 05/04/2026 SCHEDULING ORDER AND CONTINUE TRIAL**

*[List the scheduling designations that are applicable to your case. This draft is merely an exemplar and includes deadlines listed in Civil Form 2, Discovery Plan.]*

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery | 09/22/2026 | 11/23/2026 |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Plaintiff) | 11/24/2026 | 01/25/2026 |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Defendant) | 02/23/2027 | 04/26/2027 |
| Expert Discovery | 04/20/2027 | 06/21/2027 |
| Summary Judgment | 07/16/2027 | 09/14/2027 |
| Expert Challenges | 07/16/2017 | 09/14/2027 |
| Renewed Motions to Sever/Transfer | 08/27/2027 | 10/26/2027 |
| Trial | 01/04/2028 | 03/06/2028 |